IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Division |
| vs. | Criminal Nos.: 14-205 |
| PRICE MONTGOMERY, <br> Defendant. | Judge Mark R. Hornak |

### ORDER OF COURT

AND NOW, to-wit, this  5th   day of    March    , 2021, upon consideration of Mr. Montgomery's motion to access FPD or other authorized service provider laptop in the Allegheny County Jail, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Warden of the Allegheny County Jail is directed to permit Mr. Price Montgomery, 85764, access and use of the FPD or other authorized service provider laptops stationed at the ACJ to review his discovery and legal research relevant to this case as captioned above. The use of the laptop computer to review said materials shall be done in accordance with the protocols in place as determined by the administration at the ACJ. The FPD shall repossess said laptops at the close of this matter.

This Order does not expire.

By the Court:

 s/ Mark R. Hornak        , C.J.
Mark R. Hornak
Chief United States District Court Judge