**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Division |
| vs. | Criminal No.: 14-205 |
| PRICE MONTGOMERY,<br>Defendant. | Judge Mark R. Hornak |

## **MOTION TO WITHDRAW**

AND NOW, comes, counsel Jay T. McCamic, Esq. and co-counsel, Douglas Sughrue, Esq., respectively, filing this Motion to Withdraw of Jay T. McCamic, Esq. In support thereof, counsel states the following:

Due to the personal, family and professional obligations regarding Mr. McCamic's pending retirement from the active practice of law he has stopped taking new cases and has finalized matters in many cases and has been making appropriate arrangements to withdraw and arrange for successor counsel in a variety of matters in a number of districts.

Luckily, the defendant Mr. Montgomery, in this matter has had the benefit of two defense counsel and Mr. Sughrue is intimately aware of all issues in the case, has recently acted as lead counsel in post-trial matters before this court and has agreed to continue to do so as counsel for Mr. Montgomery until the matter is finalized in this court and until appellate counsel can be appointed when appropriate.

Wherefore, counsel Jay T. McCamic, Esq, requests that this court grant his motion to withdraw as counsel for the reasons stated.

Respectfully Submitted,

*/s/ Jay T. McCamic*                       */s/ Douglas Sughrue*
Jay T. McCamic, Esquire            Douglas Sughrue, Esquire
Counsel for Defendant             Additional Counsel for Defendant

Date: May 26, 2022